## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRADILLAS COURT REPORTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHERRY BEKAERT, LLP, *et al.*, <br><br> Defendants. | Civil Action No. 17-1164 (BAH) <br><br> Judge Beryl A. Howell |

### ORDER

Upon consideration of the defendants' [11] Motion to Dismiss for Improper Venue pursuant Rule 12(b)(3), Motion to Dismiss for Lack of Jurisdiction pursuant to Rule 12(b)(2), and Motion to Transfer Case to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. §§ 1406(a), 1404(a); the related legal memoranda in support and opposition; and the entire record herein; for the reasons set forth at the October 6, 2017 hearing, it is hereby

**ORDERED** that the case shall be TRANSFERRED to the United States District Court for the Eastern District of Virginia.

**SO ORDERED.**

Date: October 6, 2017.

                                                                                              _____
                                                                                              BERYL A. HOWELL
                                                                                              United States District Judge