**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| **GRADILLAS COURT REPORTERS, INC.**, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **CHERRY BEKAERT, LLP, ET AL.**, | ) ) ) |
| Defendants | ) |

CIVIL ACTION NO. 2:17-CV-00597-RBS-DEM

**NOTICE REGARDING ORAL ARGUMENT ON MOTION TO COMPEL (Dkt. No. 47)**

Plaintiff Gradillas Court Reporters, Inc. ("Gradillas") reports as follows pursuant to Local Rule 7(E) consistent with its prior notice in its reply brief. Gradillas does not believe an oral argument is necessary because it believes the right to relief is clear based on the briefing. Gradillas has consulted with counsel for Defendants Cherry Bekaert, LLP and Sara Crabtree ("Cherry") and Cherry has indicated a desire for a hearing. Accordingly, the parties will await instruction from the Magistrate Judge whether a hearing is desired.

Dated: April 11, 2018

                               Respectfully submitted,

                               **GRADILLAS COURT REPORTERS, INC.**

By: */s/ Robert M. Tata*
Robert M. Tata (VSB No. 30101)
**HUNTON ANDREWS KURTH LLP**
500 E. Main Street, Suite 1000
Norfolk, VA 23510
(757) 640-5300
(757) 625-7720 *facsimile*
btata@HuntonAK.com

Suzelle M. Smith (admitted *pro hac vice*)
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, California 90014
Telephone: (213) 955 – 9400
Facsimile: (213) 622 – 0791
Email: ssmith@howarth-smith.com

*Counsel for Plaintiff Gradillas Court Reporters, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

>John Peter Glaws, Esq.
>Kevin Michael Murphy, Esq.
>CARR MALONEY PC
>2020 K Street NW
>Suite 850
>Washington, D.C. 20006
>(jpg@carrmaloney.com)
>(kmm@carrmaloney.com)
>
>*Counsel for Defendants Cherry Bekaert, LLP and Sara Crabtree*
>
>
>         */s/ Robert M. Tata*
>Robert M. Tata (VSB No. 30101)
>**HUNTON ANDREWS KURTH LLP**
>500 E. Main Street, Suite 1000
>Norfolk, VA 23510
>(757) 640-5300
>(757) 625-7720 *facsimile*
>btata@HuntonAK.com
>
>***Counsel for Plaintiff Gradillas Court Reporters, Inc.***